No. 78–1161.   HAAS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–1162.   JORDAN ET AL. v. UNIVERSITY OF TENNESSEE ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 78–1168.   WALLACE ET AL. v. SECURITIES AND EXCHANGE COMMISSION ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 78–1173.   DAVIS ET AL. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.

No. 78–1185.   SLEDGE ET AL. v. J. P. STEVENS & Co., INC., ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 78–1205.   FULTON v. HECHT ET AL.   C. A. 5th Cir. Certiorari denied.

No. 78–1207.   FROST ET AL. v. EXECUTORS OF ESTATE OF MORRISON.   C. A. 4th Cir.   Certiorari denied.

No. 78–1216.   BRITISH AIRWAYS BOARD v. BOEING Co. C. A. 9th Cir.   Certiorari denied.

No. 78–1224.   LUKEFAHR v. LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 78–1236.   ARNOLD ET UX. v. JOHNSON ET AL.   Sup. Ct. Ky.   Certiorari denied.

No. 78–1241.   PEPI, INC., ET AL. v. PITCHFORD SCIENTIFIC INSTRUMENTS CORP.   C. A. 3d Cir.   Certiorari denied.